UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CAROLINA RECREATION & DESIGN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK, N.A. and FIRST NATIONAL BANK, N.A.,<br><br>Defendants. | Case No. 5:23-CV-00202-KDB-SCR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Carolina Recreation & Design, LLC ("Plaintiff") hereby dismisses its claims against the Defendants, Fifth Third Bank, N.A. and First National Bank, N.A. ("Defendants") in the above-captioned action with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that all claims of the Plaintiff against Defendants are dismissed with prejudice, each party to bear its own fees and expenses.

WE SO STIPULATE:

BRADLEY ARANT BOULT CUMMINGS LLP

/s/ G. Benjamin Milam
G. Benjamin Milam (NC Bar No. 45483)
214 N. Tryon Street, Suite 3700
Charlotte, NC 28202
Tel: (704) 338-6000
Fax: (704) 332-8858
Email: bmilam@bradley.com

*Attorney for Fifth Third Bank, N.A.*

ESSEX RICHARDS, P.A.

/s/ John C. Woodman
John C. Woodman (NC Bar No. 42365)
David R. DiMatteo (NC Bar No. 35254)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com

*Attorneys for Plaintiff*

**ELLIS & WINTERS LLP**

*/s/ Dale Clemons*
Charles N. Anderson, Jr.
N.C. State Bar No. 13396
Dale Clemons
N.C. State Bar No. 57780
P.O. Box 33550
Raieigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
chuck.anderson@elliswinters.com
dale.clemons@elliswinters.com

*Counsel for First National Bank of Pennsylvania*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| CAROLINA RECREATION & DESIGN, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FIFTH THIRD BANK, N.A. and FIRST NATIONAL BANK, N.A.,<br><br>　　　　Defendants. | Case No. 5:23-CV-00202-KDB-SCR |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2024, a copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was served by electronic notification on those parties registered with the United States District Court, for the Western District of North Carolina ECF system to receive such notices for this case.

Dated:　　Charlotte, North Carolina
　　　　　April 19, 2024

　　　　　　　　　　　　　　**ESSEX RICHARDS, P.A.**

　　　　　　　　　　　　　　*/s/ John C. Woodman*
　　　　　　　　　　　　　　John C. Woodman (NC Bar No. 42365)
　　　　　　　　　　　　　　1701 South Blvd.
　　　　　　　　　　　　　　Charlotte, North Carolina 28203
　　　　　　　　　　　　　　(P) (704) 377-4300
　　　　　　　　　　　　　　(F) 704-372-1357
　　　　　　　　　　　　　　jwoodman@essexrichards.com